UNITED STATES of America, Plaintiff–Appellee,

v.

Jeremy LEAL, a.k.a. Jessey Leal, Defendant–Appellant.

No. 05–15771
Non–Argument Calendar.
D.C. Docket No. 05–00021–CR–4–RH–WCS.

United States Court of Appeals, Eleventh Circuit.

April 13, 2006.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, William Rourk Clark, Jr., Ofc. of the Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Jeremy Leal, has moved to withdraw from further representation of Leal, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and

Leal's conviction and sentence are AF-FIRMED.